# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:18−bk−09717−PS

KIEARA C MOORE                  Chapter: 7
12926 WEST COLUMBINE DR
EL MIRAGE, AZ 85335
SSAN: xxx−xx−4623
EIN:

Debtor(s)

## ORDER REOPENING CASE

IT APPEARING that the above captioned case was closed due to an administrative error,

IT IS ORDERED that the above captioned case be re−opened for further administration and that the trustee serving when the case was closed be re−appointed.

Date: October 29, 2020                          BY THE COURT

Address of the Bankruptcy Clerk's Office:        **Honorable Paul Sala**
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov